Entered: July 8, 2022
Signed: July 8, 2022

**SO ORDERED**



DAVID E. RICE
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **18–13335 – DER**    Chapter: **13**

**Tracey Maritena Roney**
Debtor

## ORDER DISCHARGING TRUSTEE AND CLOSING CASE

It appearing to the Court that the Trustee in the above–entitled case has performed all duties required of him/her in the administration of said estate;

ORDERED, that the said estate be and it hereby is closed; that the Trustee be and he/she hereby is discharged from and relieved of his/her trust.

cc:    Case Trustee – Rebecca A. Herr

**End of Order**

odsctr – LaurieArter